UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Jose Mendes Correia,
    Plaintiff

v.                                                C.A. No. 08-352S

Department of Homeland Security;
    Defendant

**ORDER**

No objection having been filed, the Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian filed on December 10, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion to Proceed in Forma Pauperis is DENIED at this time. This matter is hereby DISMISSED without prejudice to re-file a rewritten complaint.

By Order,

/s/ Wendy Neile
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 12/31/08